

FILED
2009 Mar-31  PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | } } } | |
| Plaintiff and Counter-defendant, | } } } | CIVIL ACTION NO. 08-AR-1065-S |
| v. | } } | |
| JERRY RAY HERRING, LAURIE MCCALL and NEW WORLD CLOSING SERVICES, INC., | } } } } | |
| Defendants, | } } | |
| JERRY RAY HERRING, | } } | |
| Counterclaimant and Third-Party Plaintiff, | } } } | |
| v. | } } | |
| SAMUEL MARTIN MCCALL, | } } | |
| Third-Party Defendant. | } | |

**MEMORANDUM OPINION AND ORDER**

This case is moving at a snail's pace.  The court will place a smoldering ember in close proximity to the snails and see if it stirs them up.

On September 25, 2008, when Commonwealth Land Title Insurance Company ("Commonwealth"), and Jerry Ray Herring ("Herring"), were the only parties, the court entered a Rule 26 scheduling order as proposed by the said parties.  The order allowed both parties until November 3, 2008, to add parties and to amend pleadings.  After

1

November 3, 2008, without objection, new parties have been added and pleadings substantially amended.  Parties added after the entry of the scheduling order are not bound by the order unless they agree to it.  In all likelihood, deadlines will have to be adjusted after the new parties appear.  One new party, third-party defendant, Samuel Martin McCall ("S. McCall"), has already filed an appearance.  He will be bound by the present scheduling order unless **within seven (7) calendar days** he formally moves for its amendment.

On March 5, 2009, the court ordered defendant Herring, by March 12, 2009, to notify the court of his intent with respect to pursuing S. McCall as third-party defendant on any claims made by Commonwealth in the last amended complaint.  Herring has not done so.  Therefore, his third-party complaint against S. McCall will hereinafter be limited to claims made by Commonwealth against Herring in the complaint as it existed prior to February 18, 2009, the date upon which the last amendment by Commonwealth was filed.

Neither of the newly added defendants, Laurie McCall ("L. McCall"), or New World Closing Services, Inc., ("New World"), has been served with the second amended complaint.  The court, of course, cannot know the intentions of L. McCall or of New World with respect to any possible cross-claims or counterclaims they may wish to file.  There is no indication in the file that service of the last amended complaint has even been attempted on newly added

2

defendant L. McCall.  If it is the intention of Herring to file a cross-claim against either of the two newly added defendants, he shall file any such cross-claim and initiate service **within seven (7) calendar days** or waive it.  The scheduling order is hereby AMENDED to allow such cross-claims by Herring if filed **within seven (7) calendar days**.

Herring's first and twentieth defenses to the second amended complaint are STRICKEN as anticipated by the order entered on March 5, 2009.

DONE this 31st day of March, 2009.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

3